UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER NUNEZ,<br><br>                              Plaintiff,<br><br>     -against-<br><br>MARK SILBER; ELI SILBER; NICOLE FRASER; GUTMAN, MINTE, BAKER & SONNENFELDT, LLC,<br><br>                              Defendants. | 23-CV-8462 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the October 16, 2023, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 16, 2023
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                         Chief United States District Judge